Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-336-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| DIONICIO SANCHEZ-MISACANGO, | |
| Defendant. | |

This Court, having considered the Motion to Allow Joint Defense Meetings at the Federal Detention Center at Seatac, and files related thereto, and there being no opposition by the Government, does hereby grant the motion (Dkt. #56).

The Court finds and ORDERS that Defendant Dionicio Sanchez-Misacango (USM Reg. No. 48295-086) and Defendant Elva Zenaida Gonzalez-Alvarracin (Case Number 17-cr-053-RSL; USM Reg. No. 48230-086) have case-related matters of common interest to discuss together with each other and counsel, and should be allowed joint meetings at the Federal Detention Center at Seatac.

DATED this 3rd day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

SCOTT J. ENGELHARD
1700 Seventh Ave., #2100
Seattle, Washington 98101
206-683-2020